IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ROBERT C. PUTNAM                      §

VS.                                   §    CIVIL ACTION NO. 1:13cv199

DIRECTOR, TDCJ-CID                    §

MEMORANDUM OPINION REGARDING VENUE

Petitioner Robert C. Putnam, an inmate confined in the Clements Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner states that in 2011, he was convicted of a criminal offense in the 8th District Court of Rains County, Texas. He was sentenced to 16 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Accordingly, this court has jurisdiction over the petition.

However, while Rains County is located within the Eastern District of Texas, it is in the Tyler Division, rather than the Beaumont Division. As a result, this case should be transferred to

the Tyler Division of this court.  A Transfer Order shall be
entered in accordance with this Memorandum Opinion.


        **SIGNED** this  12  day of _____April_____, 2013.




_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE